## PATRICIA ANN NOBLE V. STATE

No. 32,042. June 1, 1960
Appellant's Motion for Rehearing Overruled June 25, 1960

*Robert C. Benavides*, Dallas 2, for appellant.

*Henry Wade*, Criminal District Attorney, *William F. Alexander, Phil Burleson*, Assistants District Attorney, Dallas, and *Leon Douglas*, State's Attorney, Austin, for the state.

BELCHER, Judge

Upon a plea of guilty before the court without a jury, appellant was convicted of the posseession of dolophine, a narcotic drug, and her punishment was assessed at three years.

It was stipulated by the appellant, and her counsel, and the state, that if officers B. L. Beaty and Tony Ingargiola of the narcotics bureau of the Dallas Police Department were present they would testify that they apprehended the appellant; and that on the way to the police staion in an automobile, Officer Ingargiola saw the appellant remove a bottle from the waist band of her dress and place it on the seat of the automobile, and that the bottle contained 47 tablets which he determined to be dolophine tablets; and that Dr. Morton Mason, a competent and qualified

chemist, if present, would testify that the results of an analysis he made of he 47 tablets showed that they contained dolophine, a narcotic drug.

Appellant testifying in her own behalf stated that she was guilty of the offense charged and that the stipulations were substantially true and correct.

The evidence is sufficient to support the conviction . Ex parte Keener, 166 Tex. Cr. Rep. 326, 314 S.W. 2d 93; King v. State, 167 Tex. Cr. Rep. 494, 320 S.W. 2d 842.

The judgment is affirmed.

Opinion approved by the Court.